# United States Court of Appeals
## For the First Circuit

No. 02-2451

KELLY SAINT FORT,

Petitioner, Appellant,

v.

JOHN ASHCROFT, Attorney General,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court, issued on May 9, 2003, is amended as follows:

On page 24, line 16, delete the word "non".